**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-cv-24443-BLOOM/Otazo-Reyes**

FLORIDA FAIR HOUSING ALLIANCES, INC.,

    Plaintiff,

v.

SUNRISE HARBOUR MULTIFAMILY, INC.
d/b/a SUNRUSE HARBOUR,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE DEFENDANT SUNDANCE VILLAGE APARTMENTS, LLC D/B/A 7 WEST APARTMENTS

**THIS CAUSE** is before the Court upon the Notice of Voluntary Dismissal, ECF No. [6] ("Notice"), of Defendant Sundance Village Apartments, LLC d/b/a 7 West Apartments filed on November 20, 2020. The Court has carefully reviewed the Notice, the record in the case, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice, **ECF No. [6]** is **APPROVED** and **ADOPTED**.
2. The above-styled case is **DISMISSED WITH PREJUDICE**.
3. This case shall proceed against all remaining defendants.

**DONE AND ORDERED** in Chambers at Miami, Florida, on November 20, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record