# Exhibit A

# Electronic Articles of Incorporation
# For

FLORIDA FAIR HOUSING ALLIANCE, INC.

N20000001796
FILED
February 13, 2020
Sec. Of State
tjschroeder

The undersigned incorporator, for the purpose of forming a Florida not-for-profit corporation, hereby adopts the following Articles of Incorporation:

## Article I
The name of the corporation is:
   FLORIDA FAIR HOUSING ALLIANCE, INC.

## Article II
The principal place of business address:
   1736 NORTH EAST 171 STREET
   NORTH MIAMI BEACH, FL.   33162

The mailing address of the corporation is:
   1736 NORTH EAST 171 STREET
   NORTH MIAMI BEACH, FL.   33162

## Article III
The specific purpose for which this corporation is organized is:
   CHARITABLE. ELIMINATING PREJUDICE AND DISCRIMINATION OF HUMAN AND CIVIL RIGHTS SECURED BY LAW.

## Article IV
The manner in which directors are elected or appointed is:
   AS PROVIDED FOR IN THE BYLAWS.

## Article V
The name and Florida street address of the registered agent is:
   RYAN J TURIZO
   1736 NORTH EAST 171 STREET
   NORTH MIAMI BEACH, FL.   33162

I certify that I am familiar with and accept the responsibilities of registered agent.

Registered Agent Signature:   RYAN TURIZO

N20000001796
FILED
February 13, 2020
Sec. Of State
tjschroeder

## Article VI

The name and address of the incorporator is:

RYAN TURIZO
1736 NORTH EAST 171 STREET

NORTH MIAMI BEACH, FLORIDA 33162

Electronic Signature of Incorporator:   RYAN TURIZO

I am the incorporator submitting these Articles of Incorporation and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.  I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of this corporation and every year thereafter to maintain "active" status.

## Article VII

The initial officer(s) and/or director(s) of the corporation is/are:

Title:   P
RYAN J TURIZO
1736 NORTH EAST 171 STREET
NORTH MIAMI BEACH, FL.   33162

Title:   VP
AMY R BETIT
8990 AZALEA SANDS LANE
DAVENPORT, FL.   33896

Title:   COO
JUAN C TURIZO
1736 NORTH EAST 171 STREET
NORTH MIAMI BEACH, FL.   33162

## Article VIII

The effective date for this corporation shall be:

02/14/2020